**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KHAMISAH THOMAS**                                                    **PLAINTIFF**

**v.**                              **Case No. 4:25-cv-01230-KGB**

**DOE, *et al.***                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 7). Plaintiff Khamisah Thomas has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court grants Thomas's motion to dismiss (Dkt. No. 6). The Court dismisses without prejudice Thomas's complaint and amended complaint (Dkt. Nos. 1; 3). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this the 9th day of April, 2026.

_____
Kristine G. Baker
Chief United States District Judge